```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION

JOSEPH WILSON, JR.,              :    PRISONER CIVIL RIGHTS
GDC No. 399683,                  :    42 U.S.C. § 1983
      Plaintiff,                 :
                                 :
      v.                         :    CIVIL ACTION NO.
                                 :    1:12-CV-3219-TWT-ECS
UNNAMED DEFENDANT,               :
      Defendant.                 :
```

**FINAL REPORT AND RECOMMENDATION**

Since 1979, Joseph Wilson, Jr. has been serving a life sentence in the Georgia state prison system for murder and related crimes. See http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryForm.jsp (last viewed September 17, 2012; searched for GDC No. 399683). This matter is before the Court because Mr. Wilson has filed a "Revocation of Power of Attorney." [Doc. No. 1]. In that filing, Mr. Wilson, as a "live, breathing, flesh and blood human man, indispensable Party with sentient and moral existence, as a sovereign creditor in fact," seeks to "invok[e] the 'Instrumentality Rule,' i.e., Piercing the Corporate Veil Rule" to "revoke, rescind, make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise," and to give up his social security number, birth certificate, and "all licenses and certificates" issued to him that relate to his murder case "due to the use of various elements of fraud by said agencies" that have

resulted in "holding [him] in continued false imprisonment." [Id. at 1-2]. Mr. Wilson's filing is frivolous, and the undersigned **RECOMMENDS** that it be **DISMISSED**. See 28 U.S.C. § 1915A.

Solely for the purpose of dismissal, Mr. Wilson is **GRANTED** permission to proceed in forma pauperis.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 28 day of September, 2012.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JOSEPH WILSON, JR., | : | PRISONER CIVIL RIGHTS |
| GDC No. 399683, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-3219-TWT-ECS |
| UNNAMED DEFENDANT, | : | |
|     Defendant. | : | |

### ORDER FOR SERVICE OF REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72. Let the same be filed and a copy, together with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the report and recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be

limited to a plain error review.  United States v. Slay, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED,** this 28th day of September, 2012.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A (Rev.8/82)