IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH WILSON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNNAMED DEFENDANT,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-3219-TWT |

ORDER

This is a pro se civil action seeking to challenge his 1979 murder conviction. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as frivolous.

SO ORDERED, this 18 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wilson\12cv3219\r&r.wpd